**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

> ACKNOWLEDGED. Case is dismissed without prejudice.
> DATED: Oct 29, 2025
> /s/ Richard L. Young
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Debra Hemak

Civil Case # 1:24-cv-07102-RLY-TAB

### NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, the undersigned counsel on behalf of Plaintiff, Debra Hemak, and hereby respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all Defendants in Civil Action No. 1:24-cv-07102-RLY-TAB.

Dated: September 16, 2025.

Respectfully Submitted,

*/s/ Thomas Wm. Arbon*
Thomas Wm. Arbon, TX Bar No. 01284275
**Ben Martin Law Group, PLLC**
3500 Maple Avenue, Suite 400
Dallas, TX 75219
Tel.: (214) 761-6614
Fax: (214) 744-7590
tarbon@bencmartin.com

***Attorney for Plaintiff***